UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MATTHEW CULLY, Individually and as Personal Representative of the Estate of THOMAS P. CULLY, deceased,**<br><br>**Plaintiff,**<br><br>-v.-<br><br>**AMERICAN AIRLINES INC., PSA AIRLINES, INC., and UNITED STATES OF AMERICA,**<br><br>**Defendants.** | Case No: 1:25-cv-03437-ACR |

**MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil Local Rule 83.2(c), Plaintiff moves for the admission and appearance of attorney Paloma Cipolla Moguilevsky *pro hac vice* in the above-captioned action. The motion is supported by the Declaration of Paloma Cipolla Moguilevsky, filed herewith. As set forth in Ms. Cipolla Moguilevsky's declaration, she is admitted and an active member in good standing of the New York Bar. This motion is supported and signed by Dane H. Butswinkas, an active and sponsoring member of the Bar of this Court.

Date: October 2, 2025

Respectfully submitted,

/s/ Dane H. Butswinkas
Dane H. Butswinkas
DC Bar #425056
WILLIAMS & CONNOLLY LLP
dbutswinkas@wc.com
680 Maine Avenue SW
Washington, DC 20024
PH: (202) 434-5110
FX: (202) 434-5029
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2 day of October 2025, the foregoing motion was served by electronic filing on all counsel of record through the Court's ECF system.

/s/  Dane H. Butswinkas
Dane H. Butswinkas

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MATTHEW CULLY, Individually and as Personal Representative of the Estate of THOMAS P. CULLY, deceased,**<br><br>**Plaintiff,**<br><br>-v.-<br><br>**AMERICAN AIRLINES INC., PSA AIRLINES, INC., and UNITED STATES OF AMERICA,**<br><br>**Defendants.** | **Case No: 1:25-cv-03437-ACR** |

**[PLAINTIFF'S PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

The Court has reviewed Plaintiff's Motion for Admission of Attorney Paloma Cipolla Moguilevsky *pro hac vice*. Upon consideration of that motion, the Court grants attorney Paloma Cipolla Moguilevsky *pro hac vice* admission to this Court.

IT IS SO ORDERED.

DATED: _____          _____
                                                                    Ana C. Reyes
                                                                    United States District Judge